UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Savan Kruoch and Heak Chea
Chapter 7 Case No.   09-34111

Please Check One:
☐  Unclaimed Dividends
☒  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | 2 | 90.00 | 1.86 |

Date:   August 16, 2010                              _____
                                                                    Trustee

